```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| **Peggy Branning,** | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 12-2070 |
| | ) |
| **MINACT, Inc.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

On June 21, 2014, this Court ordered Plaintiff Peggy Branning to show cause within fourteen days why this action should not be dismissed for failure to prosecute. (D.E. 9.) Branning has not responded and the time to do so has passed.

This matter is DISMISSED with PREJUDICE for failure to prosecute.

So ordered this 16th day of June, 2014.

　　　　　　　　　　　　　　　　s/ Samuel H. Mays, Jr.
　　　　　　　　　　　　　　　　SAMUEL H. MAYS, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE